# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMY ANDERSON, AMBER HEARD, HOLLY CASTELL, JOSHUA ALLEN and JONATHAN GILLMAN, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>RMG CORPORATION, d/b/a THE MELTING POT, MARK W. GUNN, and ROBERT M. GUNN, SR.,<br><br>Defendants. | CIVIL ACTION FILE NO. 1:14-cv-01551-AT<br><br>**(Removed from the Superior Court of Fulton County, Georgia, Civil Action File No. 2014-CV-244765)** |

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING ACTION WITH PREJUDICE UPON PAYMENT OF ALL SETTLEMENT PROCEEDS

The above-captioned case is before the Court for consideration of the parties' Joint Motion for Approval of Settlement Agreements and Dismissal of Action With Prejudice. The Court has considered and reviewed the proposed settlement agreement in this case and has determined that they are fair and equitable in all respects. Accordingly, the Court hereby **GRANTS** the parties' Joint Motion and **APPROVES** the settlement agreement entered into by the parties. This case shall remain administratively closed until such time as this

Court is notified that the final payment has been made under the settlement agreement. Effective upon the delivery of final payment to counsel for Plaintiffs, this case shall be **DISMISSED WITH PREJUDICE**. Except as stated in the settlement agreements, each party shall bear its own costs of litigation and attorneys' fees.

**SO ORDERED** this 24th day of September, 2014.

_____
HONORABLE AMY TOTENBERG
UNITED STATES DISTRICT JUDGE